```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 3 MAR 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RONALD BORSACK, individually and as
administrator of the estate of Lesley Borsack
                      Plaintiff,

      -against-

FORD MOTOR COMPANY,
                Defendant.
-------------------------------------------------------X

04 CIVIL 3255 (PAC)

**JUDGMENT**

      The issues in the above-entitled action having been brought on for trial before the Honorable Paul A. Crotty, United States District Judge, and a jury on February 25, 2009, and at the conclusion of the trial on March 4, 2009, the jury having returned a verdict in favor of the defendant, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
            March 23, 2009

**SO ORDERED**

_/s/ Paul A. Crotty_
      USDJ

J. MICHAEL McMAHON
_____
      Clerk of Court

BY: _____
      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____